| | |
|---|---|
| Name | Camila Cossío |
| Bar # | OR Bar No. 191504 |
| Firm | Center for Biological Diversity |
| Address | P.O. Box 11374 |
| | Portland, OR 97211 |
| | ccossio@biologicaldiversity.org |
| Telephone | 971-717-6427 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity

    Plaintiff,

    vs.

U.S. Fish and Wildlife Service, et al.

    Defendant.

Case No.

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Plaintiff in compliance with the provisions of (*check one*):

[✓] Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)
_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)
_____ Relationship_____

☐ Other(please explain):
_____
_____

☐ Diversity case. (Attach additional pages if needed.)
Party name and Party Role:                State:
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  22nd  day of  June  , 2023  .

/s/Camila Cossío
_____
Counsel of Record

- 2 -

Certificate of Service:

I certify that on June 22, 2023, I electronically filed the foregoing statement with the Clerk of Court using the CM/ECF system, which will electronically notify all counsel of record via e-mail.